## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 27, 2020

Ms. Kimberly A. Alexander
2210 N. Glenville Dr.
Apartment 2105
Richardson, TX 75082

Re: Case No. 20-5426, *Kimberly Alexander v. University of Memphis, et al*
Originating Case No. : 3:17-cv-01453

Dear Ms. Alexander,

   This appeal has been docketed as case number **20-5426** with the caption that is enclosed on a separate page.  Please review the caption for accuracy and notify the Clerk's office if any corrections should be made.  The appellate case number and caption must appear on all filings submitted to the Court.

   As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed.  Copies are no longer necessary.  **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**.  You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

   Opposing counsel will docket pleadings as an ECF filer.  Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it.  The following forms are due by **May 27, 2020**.

|  |  |
|---|---|
| Appellee: | Appearance of Counsel<br>Disclosure of Corporate Affiliation<br>Application for Admission to 6th Circuit Bar (if applicable) |

   The Clerk's office cannot give you legal advice but if you have questions about the forms, please contact the office for assistance.

                                    Sincerely yours,

                                    s/Sharday S. Swain
                                    Case Manager
                                    Direct Dial No. 513-564-7027

cc:  Ms. Colleen Elizabeth Mallea

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 20-5426**

KIMBERLY A. ALEXANDER

    Plaintiff - Appellant

v.

UNIVERSITY OF MEMPHIS; DOCTOR LORETTA RUDD

    Defendants - Appellees