# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 05, 2021

Ms. Lynda M. Hill
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

          Re: Case No. 20-5426, *Kimberly Alexander v. University of Memphis, et al*
                Originating Case No. 3:17-cv-01453

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                                          Sincerely,

                                          s/Gretchen S. Abruzzo, Case Manager for
                                          Sharday Swain, Case Manager
                                          Direct Dial No. 513-564-7027

cc:  Ms. Kimberly A. Alexander
     Ms. Lindsay Haynes Sisco

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 20-5426

_____

Filed: August 05, 2021

KIMBERLY A. ALEXANDER

    Plaintiff - Appellant

v.

UNIVERSITY OF MEMPHIS; DOCTOR LORETTA RUDD

    Defendants - Appellees

MANDATE

  Pursuant to the court's disposition that was filed 06/07/2021 the mandate for this case hereby issues today.

COSTS: None